IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH R. PACZONAY,

    Plaintiff,

  v.

AMERICAN RECREATION PRODUCTS, INC., ULTIMATE DIRECTIONS, INC., KELLWOOD COMPANY, AND WENGER NA,

    Defendants.

                                      /

No. C 06-03190 WHA

**ORDER GRANTING IN PART AND DENYING IN PART PARTIES' REQUEST FOR EXTENSION**

Pursuant to Local Rule 6-1, the parties are entitled to stipulate the time within which defendants must answer or otherwise respond to the complaint. The parties thus may extend the deadline for defendants' response to September 7, 2006.

The parties, however, have not shown good cause for a two-month extension to the case management conference. The parties' counsel are required to appear at the case management conference, as previously set, on August 31, 2006 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: August 21, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE