| | |
|---|---|
| Steven E. Springer (State Bar No. 180874)<br>LAW OFFICES OF STEVEN E. SPRINGER<br>16360 Monterey Road, Suite 180<br>Morgan Hill, California 95037<br>Telephone: (408) 779-4700<br>Facsimile: (408) 779-4483<br><br>Attorneys for Plaintiff<br>JOSEPH R. PACZONAY | Keith A. Rabenberg (*pro hac vice*)<br>B. Scott Eidson (*pro hac vice*)<br>SENNIGER POWERS<br>One Metropolitan Square<br>16th Floor<br>St. Louis, Missouri 63102<br>Telephone: (314) 231-5400<br>Facsimile: (314) 231-4342<br><br>Andrew Leibnitz (State Bar No. 184723)<br>FARELLA BRAUN + MARTEL LLP<br>Russ Building 30th Floor<br>235 Montgomery Street<br>San Francisco, California 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480<br><br>Attorneys for Defendants<br>AMERICAN RECREATION PRODUCTS,<br>INC., et al. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH R. PACZONAY,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN RECREATION<br>PRODUCTS, INC., ULTIMATE<br>DIRETIONS, INC.,<br>KELLWOOD COMPANY,<br>WENGER NA, and DOES 1-10,<br><br>    Defendants. | Case No. C 06-03190 WHA<br><br>~~PROPOSED~~ **ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION** |

The Parties hereto jointly submit this Proposed Order Re Schedule For Claim Construction pursuant to paragraph 3 of the Court's Case Management Order entered herein on September 6, 2006.

The deadlines for disclosures and briefing regarding claim construction shall be as

Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
(415) 954-4400

PROPOSED ORDER RE SCHEDULE FOR CLAIM
CONSTRUCTION - Case No. C 06-03190 WHA

follows:

**2006**

| | |
|---|---|
| Sept. 14: | Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions. Patent L.R. 3-1, 3-2. |
| Oct. 30: | Defendants' Disclosure of Preliminary Invalidity Contentions. Patent L.R. 3-3, 3-4. |
| Nov. 13: | Exchange of Proposed Terms and Claim Elements for Construction. Patent L.R. 4-1. |
| Dec. 4: | Exchange of Preliminary Claim Constructions and Extrinsic Evidence. Patent L.R. 4-2. |
| Dec. 15: | Joint Claim Construction and Prehearing Statement filed. Patent L.R. 4-3. |
| Dec. 15: | Close of claim construction discovery. Patent L.R. 4-4. |
| Dec. 21: | Plaintiff's opening claim construction brief filed. Patent L.R. 4-5(a). |

**2007**

| | |
|---|---|
| Jan. 4: | Defendants' responsive claim construction brief filed. Patent L.R. 4-5(b). |
| Jan. 9: | Plaintiff's reply claim construction brief filed. Patent L.R. 4-5(c). |
| Jan. 11: | Claim Construction Tutorial for Court. |
| Jan. 25: | Claim Construction Hearing. |

DATED: September 14, 2006    LAW OFFICES OF STEVEN E. SPRINGER

By: _____
    Steven E. Springer

Attorneys for Plaintiff
JOSEPH R. PACZONAY

DATED: September 14, 2006    SENNIGER POWERS

By: _____
    Keith A. Rabenberg

Attorneys for Defendants
AMERICAN RECREATION PRODUCTS, INC., et al.

| | |
|---|---|
| 1 | |
| 2 | The Proposed Order Re Schedule For Claim Construction is hereby adopted by the Court, |
| 3 | and the Parties are ordered to comply with this Order. |
| 4 | **IT IS SO ORDERED.** |
| 5 | DATED: September 14, 2006 |

_____
HON. WILLIAM H. ALSUP
JUDGE OF THE U.S. DISTRICT COURT

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge William Alsup]

Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
(415) 954-4400

PROPOSED ORDER RE SCHEDULE FOR CLAIM
CONSTRUCTION - Case No. C 06-03190 WHA

- 4 -