Keith A. Rabenberg (*pro hac vice*)
B. Scott Eidson (*pro hac vice*)
SENNIGER POWERS
One Metropolitan Square
16th Floor
St. Louis, Missouri 63102
Telephone: (314) 231-5400
Facsimile: (314) 231-4342

Andrew Leibnitz (State Bar No. 184723)
FARELLA BRAUN & MARTEL LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants
AMERICAN RECREATION PRODUCTS, INC. et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH R. PACZONAY,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN RECREATION PRODUCTS, INC., ULTIMATE DIRECTIONS, INC., KELLWOOD COMPANY, WENGER N.A., and DOES 1-10,<br><br>    Defendants. | Case No. C 06-03190 WHA<br><br>[PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN COURTROOM<br><br>Date: January 25, 2007<br>Time: 1:30 p.m.<br>Dept: Courtroom 9, 19th Floor<br>Judge: Hon. William H. Alsup |

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

[Proposed] ORDER PERMITTING USE OF
EQUIPMENT IN COURTROOM
Case No. C 06-03190

21263\1159398.1

During the claim construction hearing scheduled for Thursday, January 25, 2007, Defendants intend to utilize certain audiovisual equipment to present information regarding the issues to be decided by the Court.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants may bring the following equipment and other items into the courtroom:

    (a)    LCD Projector and Screen;

    (b)    control and power devices relating to the above equipment;

    (c)    miscellaneous cables, power cords, and peripheral equipment; and

    (d)    laptops and/or desktop computers.

IT IS SO ORDERED.

DATED: January 24, 2007

                                                                       
HON. WILLIAM H. ALSUP
United States District Judge

Respectfully Submitted By:

DATED: January 23, 2007                FARELLA BRAUN & MARTEL LLP

                                                          By:   /s/
                                                                Andrew Leibnitz

                                                           Attorneys for Defendants
                                                           AMERICAN RECREATION PRODUCTS, INC. et al.

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

[Proposed] ORDER PERMITTING USE OF EQUIPMENT IN COURTROOM
Case No. C 06-03190

2

21263\1159398.1